IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MADELINE GUADARRAMA | CIVIL NO.:07-1468 (SEC) |
| Plaintiff | |
| v. | |
| MVM SECURITY SERVICES, INC.; FULANO DE TAL; COMPAÑÍAS X, Y, Z | |
| Defendants | |

**JOINT MOTION FOR VOLUNTARY DISMISSAL**

TO THE HONORABLE COURT:

COME NOW the captioned parties, through the undersigned counsel, and respectfully state, allege and pray:

1. The appearing parties have reached an agreement resolving plaintiff's claims in the case at bar.

2. The appearing parties also agreed to keep all terms and conditions in relation to the agreement as confidential.

3. Therefore, they jointly request the voluntary dismissal with prejudice of all the claims presented by Madeline Guadarrama against MVM, Inc., without the imposition of attorney's fees or costs to either party. The parties, however, move the Court to retain jurisdiction to supervise the execution of the considerations agreed upon by the parties.

WHEREFORE, in view of the foregoing, the parties respectfully request that the Honorable Court dismiss with prejudice all claims against defendant and enter judgment, without the imposition of attorney's fees or costs to either party.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 22nd day of June, 2009.

WE HEREBY CERTIFY that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

| **NORA VARGAS ACOSTA** | **SCHUSTER AGUILÓ LLP** |
|---|---|
| First Federal Building Suite 1004 | PO Box 363128 |
| #1056 Muñoz Rivera Avenue | San Juan, Puerto Rico 00936-3128 |
| Río Piedras, Puerto Rico 00927 | Telephone: (787) 765-4646 |
| Tel./Fax (787) 751-7485 | Telefax: (787) 765-4611 |
| | |
| s/Nora Vargas Acosta | s/Anabel Rodríguez-Alonso |
| Nora Vargas Acosta | Anabel Rodríguez-Alonso |
| USDC PR No. 201206 | USDC PR No. 212509 |
| | arodriguez@salawpr.com |
| | |
| | s/Shiara L. Diloné-Fernández |
| | Shiara L. Diloné-Fernández |
| | USDC PR No. 222104 |
| | sdilone@salawpr.com |

H:\ATTY\SLD\MVM\GUADARRAMA\Pleadings\Motion for Voluntary Dismissal.wpd