**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| MADELINE GUADARRAMA<br><br>    Plaintiff<br><br>v.<br><br>MVM SECURITY SERVICES, INC., et al<br><br>    Defendants | **CIVIL NO. 07-1468 (SEC)** |

**JUDGMENT**

Pursuant to the Joint Notice of Voluntary Dismissal (Docket # 108), all claims against all Defendants in the above captioned case are hereby **DISMISSED with prejudice.** Each party shall bear its own costs and attorney's fees. Judgment is hereby entered accordingly.

    **SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of June, 2009.

    S/ *Salvador E. Casellas*
    SALVADOR E. CASELLAS
    United States District Judge